IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Gbotoe,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina Kane, et al.,<br><br>    Respondents. | No. CV09-1855-PHX-NVW (MHB)<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of Magistrate Judge Burns (Doc. 41) regarding Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). The Report and Recommendation recommends that the Petition be denied. The Magistrate Judge advised the parties that they had fourteen days to file objections to the Report and Recommendation. (Doc. 41.) Petitioner filed his objections on November 12, 2010 (Doc. 42) and Respondents filed a reply to Petitioner's objections on November 23, 2010 (Doc. 43).

The Court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning

1  of Rule 72(b), and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that
2  the district court "may accept, reject, or modify, in whole or in part, the findings or
3  recommendations made by the magistrate judge").
4      IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 41)
5  is accepted.
6      IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying and
7  dismissing Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. §
8  2241. (Doc. 1.) The Clerk shall terminate this action.

10  DATED this 2nd day of December 2010.

13                                            /S/
                               JOHN W. SEDWICK
14                     UNITED STATES DISTRICT JUDGE